UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-042-RLH-PAL |
| Plaintiff, ) | |
| vs. ) | |
| NICOLE YVETTE VAN TREASE ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#80) on December 26, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: AIG
Amount of Restitution: $35,910.50

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $42,660.50

Name of Payee: WESTSTAR CREDIT UNION
Amount of Restitution: $5,000.00

Name of Payee: NEVADA PACIFIC DENTAL
Amount of Restitution: $7,500.00

Name of Payee: CUNA MUTUAL GROUP
Amount of Restitution: $9,684.00

**Total Amount of Restitution ordered: $100,755.00**\*\*

\*\*Joint and Several with co-defendant Nicole Yvette Van Trease in case 2:05-cr-042 and Jerome Goodlow Jr. in case 2:05-cr-060

Dated this \_\_\_\_5\_\_\_\_ day of December , 2016.

                                              UNITED STATES DISTRICT JUDGE